**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                              Case No. 23-20010-DDC

CYRIL GREGORY BUYANOVSKY (01),
DOUGLAS EDWARD ROBERTSON (02),

        Defendants.

**Attorneys for Plaintiff:** Adam Barry, Ryan Huschka, Scott C. Rask
**Attorneys for Defendants:** Aitan D. Goelman, Blake P. Saffels, Jeffrey D. Morris, John B. Jernigan (01)
Branden A. Bell (02)

| JUDGE: | Daniel D. Crabtree | DATE: | 4/13/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant Buyanovsky appears in person with counsel.  Defendant Robertson appears not and waives appearance.

Defendant Robertson's counsel orally moves for the court to continue the status conference for 90 days to allow time to acquire and review voluminous discovery.  Defendant Buyanovsky has no objection.  Government's counsel has no objection.

Government's counsel orally moves for the court to designate the case as complex.  The court defers ruling the motion and directs counsel to file a written motion.

**The court grants defendant Robertson's oral motion and continues the status conference to July 13, 2023, at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing the defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **April 13, 2023, until July 13, 2023**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendants in a speedy trial.

**Defendants remain on release.**