IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CYRIL GREGORY BUYANOVSKY (01),<br>DOUGLAS EDWARD ROBERTSON (02),<br><br>  Defendants. | Case No. 23-20010-DDC |

### ORDER CONTINUING STATUS CONFERENCE

The above matter comes before the court on defendants' Joint Motion to Continue Status Conference (Doc. 33) set for July 13, 2023, for 60 days.  The government does not object to defendants' request.

Having reviewed the motion, and being familiar with the case history, this court finds that additional time is necessary for defendants to continue to review voluminous discovery.

For these reasons, this court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  This court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7).  The court bases this finding on facts and reasons asserted in the motion (Doc. 33) and it adopts those statements by this reference.

**THE COURT THEREFORE ORDERS** that defendants' Joint Motion to Continue Status Conference (Doc. 33) is granted.

**THE COURT FURTHER ORDERS** that the Status Conference is continued from **July 13, 2023, until September 14, 2023, at 9:00 a.m.**

**IT IS FURTHER ORDERED THAT** the period of delay resulting from such continuance, **July 13, 2023, through September 14, 2023,** is excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**If any party objects to the court's Speedy Trial Act findings or its calculation of excludable time, as stated in this Order, it must file, within 10 days of the date of this Order, a motion asking the court to conduct a hearing to consider any such objection.**

So ordered on this 11th day of July, 2023.

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge