CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CYRIL GREGORY BUYANOVSKY (01),
DOUGLAS EDWARD ROBERTSON (02),

        Defendants.

Case No. 23-20010-DDC

**Attorneys for Plaintiff:** Ryan Huschka, Scott C. Rask
**Attorneys for Defendants:** Blake P. Saffels, Jeffrey D. Morris (01)
Branden A. Bell (02)

| JUDGE: | Daniel D. Crabtree | DATE: | 9/21/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PROBATION: |  |

# STATUS CONFERENCE

Defendants appear not and waives appearance.

The following motions are before the court:

    Doc. 37 – Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act – **GRANTED IN PART AND TAKEN UNDER ADVISEMENT IN PART as set forth in full on the record.**

    Doc. 43 – Motion to Designate as Complex Case – **GRANTED as set forth in full on the record.**

**The court sets the following schedule on Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act (Doc. 37):**

    **Defendant Robertson's Response deadline:**    October 13, 2023

    **Government's Reply due:**    November 3, 2023

    **Motion Hearing:**    November 15, 2023, at 1:30 p.m.

Defendant Buyanovsky's counsel orally moves for the court to continue the status conference to December 2023 to allow time to review discovery and work through the CIPA issue.  Defendant Robertson has no objection.  Government's counsel has no objection.

**The court continues the status conference to November 15, 2023, at 1:30 p.m.**

**Defendants remain on release.**