IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**CYRIL GREGORY BUYANOVSKY, and DOUGLAS EDWARD ROBERTSON,**<br><br>                    **Defendants.** | Case No. 23-20010-DDC |

**ORDER GRANTING GOVERNMENT'S MOTION TO**
**DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER**

This matter coming before the court upon the motion of the United States to designate a Classified Information Security Officer and the court recognizing that the above-captioned case will likely involve classified information, it is hereby **ORDERED** that Matthew W. Mullery, Security Specialist, is designated as the Classified Information Security Officer (CISO) for this case. Mr. Mullery is so designated pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Revised Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.

It is **FURTHER ORDERED** that, if Mr. Mullery is unavailable for any reason, Daniel O. Hartenstine, Daniella M. Medel, Harry J. Rucker, and Winfield S. "Scooter" Slade are hereby designated as alternate CISOs.

**IT IS SO ORDERED.**

DATED: <u>September 22, 2023</u>        s/ Daniel D. Crabtree
                                          Daniel D. Crabtree
                                          United States District Judge