Filed in Open Court

12/19/2023

Skyler B. O'Hara

By _____ M. Garrett _____

Deputy

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 23-20010-DDC |
| | ) | |
| CYRIL BUYANOVSKY, | ) | |
| Defendant. | ) | |

## PETITION TO ENTER PLEA
## PURSUANT TO FED. R. CRIM. P. 11

The defendant represents to the Court:

(1)     My full and true name is Cyril Gregory Buyanovsky.  I speak and understand English.  I read and write well.  I understand all court proceedings. I submit this Petition to Plead Guilty to Count 1 and Count 23 of the Superseding Indictment.

(2)     I am represented by legal counsel.  Their names are Aitan Goelman, Ben Jernigan, and Jeff D. Morris/Blake Saffels (local counsel).

(3)     I previously received a copy of the Indictment and Superseding Indictment before being called upon to plead.  I read the counts in the Superseding Indictment and have discussed the counts and all the allegations in the case with my lawyers.  I fully understand the charges made against me.

(4)     I told my lawyers all the facts and circumstances known to me about the charges made against me in the Indictment and Information.  I believe that my lawyers are fully informed on all such matters.

(5)     I know that the Court must be satisfied that there is a factual basis for a plea of "GUILTY" before my plea can be accepted.  I represent to the Court that I did the following acts in connection with Count 1 (18 U.S.C. § 371) and Count 23 (18 U.S.C. § 1956(a)(2)(h) of the Superseding Indictment:

I adopt the factual recitation of government's evidence set forth in Section 2 of the Plea Agreement that accompanies this Plea Petition.

02779596.DOCX;-1 1

(6)     My lawyers have counseled and advised me on the nature of each charge, on all lesser included charges, and on all possible defenses that I might have in this case. In particular, my counsel has advised me of the maximum sentence which may be imposed as to Count 1. I understand that the maximum sentence which may be imposed as to Count 1 of the Superseding Indictment to which I have agreed to plead guilty is not more than 5 years of imprisonment, not more than a $250,000 fine, 3 years of supervised release, and a $100.00 mandatory special assessment. Additionally, my counsel has advised me of the maximum sentence which may be imposed as to Count 23. I understand that the maximum sentence which may be imposed as to Count 23 of the Superseding Indictment to which I have agreed to plead guilty is not more than 20 years of imprisonment, not more than a $500,000 fine or twice the value of property involved in the transaction, 3 years of supervised release, and a $100.00 mandatory special assessment.

(7)     I know that I have the right to plead "NOT GUILTY" to any offense charged against me. If I plead "NOT GUILTY" I know the Constitution guarantees me (a) the right to a speedy and public trial by a jury; (b) at that trial, and at all stages of the proceedings, the right to the assistance of a lawyer; (c) the right to see and hear all witnesses called to testify against me, and the right to cross-examine those witnesses; (d) the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witnesses in my favor; and (e) the right not to be compelled to incriminate myself by taking the witness stand; and if I do not take the witness stand, no inference of guilt may be drawn from such failure.

(8)     I know that if I plead "GUILTY," I am thereby waiving my right to a trial, and that there will be no further trial of any kind, either before a Court or jury; and further, I realize the Court may impose the same punishment as if I had pleaded "NOT GUILTY, " stood trial, and been convicted by a jury.

(9)     I know that if I plead "GUILTY," the Court will ask me questions about the offense(s) to which I have pleaded, and since I will be answering these questions under oath, on the record, and in the presence of my lawyer, that my answers may later be used against me in a prosecution for perjury or false statement.

(10)     My lawyers informed me that a plea of "GUILTY" could subject me to a sentence as to Count 1 of the Superseding Indictment not more than 5 years of imprisonment, not more than a $250,000 fine, 3 years of supervised release, and a $100.00 mandatory special assessment. Additionally, I could be subjected to a sentence for Count 23 up to the maximum sentence which may be imposed for Count 23 of the Superseding Indictment which is not more than 20 years of imprisonment, not more than a $500,000 fine or twice the value of property involved in the transaction, 3 years of supervised release, and a $100.00 mandatory special assessment. I understand the Court has discretion to impose a sentence up to and including the maximum sentence.  The Court determines the sentence based on a review of the statutory sentencing factors set forth in the United States Code, with consideration of the advisory United States Sentencing Guidelines.

I also have been informed that should the Court find me in violation of the supervised release term, the term could be revoked and an additional term of imprisonment not to

exceed the maximum term of imprisonment may be imposed. I have also been informed that a Court may order me to make restitution in compliance with 18 U.S.C. § 3663 and § 3664 or as a condition of supervision, if such is ordered under 18 U.S.C. § 3563, in addition to any other penalty provided by law. I do understand there is no restitution in this case. I further understand that if I am pleading "GUILTY" to an offense which is subject to the Sentencing Reform Act, I cannot be released on parole and, if imprisonment is ordered in my case, the sentence imposed by the Court will be the sentence I serve less any good time credit if I earn it.

I understand that the Court will consider the arguments of counsel but is not bound by any stipulations and recommendations contemplated within the plea agreement and will impose a sentence as determined by the Court's discretion and its application of the statutory sentencing factors.

(11)    I know that in addition to any other penalty imposed, including any fine, forfeiture or restitution order, the Court is required to impose a special monetary assessment in the amount of $100.00 per count. I understand this penalty is to be paid at the time of sentencing.

(12)    I understand that if my case involves drug trafficking or drug possession, the Court may deny or suspend my eligibility to receive federal benefits pursuant to 21 U.S.C. § 862, except for those specifically exempted. I understand that if this is my second or subsequent conviction for possession of a controlled substance, the Court may order me to complete drug treatment or community service as specified in the sentence as a condition for reinstatement of benefits.

(13)    I know that the Court may also order, in addition to the penalty imposed, that I give reasonable notice and explanation of the conviction, in such form as the Court may approve, to any victims of the offense.

(14)    I have been advised and understand that if I am not a U.S. citizen, a conviction of a criminal offense may result in deportation from the United States, exclusion from admission to the United States, and/or denial of naturalization. I have been advised to consult an attorney concerning this circumstance.

(15)    If I am on probation or parole in this or any other Court, I know that by pleading guilty here, my probation or parole may be revoked and I may be required to serve time in that case, which will be consecutive, that is, in addition to any sentence imposed upon me in this case.

(16)    I declare that no officer or agent of any branch of government (federal, state, or local) has promised, suggested, or predicted that I will receive a lighter sentence, or probation, or any other form of leniency if I plead "GUILTY," except as follows:

**Refer to the Plea Agreement.**

If anyone else, including my attorneys, made such a promise, suggestion, or prediction, except as noted in the previous sentence, I know that they had no authority to do so.

I do understand that there is no limitation on the information the Judge can consider at the time of sentencing concerning my background, character, and conduct, provided the information is reliable, in making its decision to impose a reasonable sentence, and consistent with the sentence set forth in the Plea Agreement.  I further understand that my background characteristics including, but not limited to, the recency and frequency of my prior criminal record, my role in the offense, victim-related circumstances, and my acceptance of the responsibility for the offense, may have a specific effect on the Court's consideration of what sentence is appropriate.

(17)   I understand that a U.S. Probation Officer will be assigned to conduct a thorough presentence investigation to develop all relevant facts concerning my case unless the Court finds that there is in the record sufficient information to enable the meaningful exercise of sentencing authority pursuant to 18 U.S.C. § 3553.  The report of the presentence investigation shall contain the factors set forth in Rule 32.  These include the classification of the offense and of the defendant under the categories established by the Sentencing Commission, the kinds of sentences available to the Court, and the sentencing range the officer believes applicable.

(18)   My plea of guilty is the result of my Plea Agreement entered into between the Government attorney, my attorney, and me, a copy of which is attached hereto.

Since my plea of guilty is the result of a Plea Agreement, I hereby state that the terms of said agreement are incorporated within the Plea Agreement attached to this Petition. The outline of the plea agreement is as follows:

I will plead guilty to Count 1 and Count 23 of the Superseding Indictment charging a violation of 18 U.S.C. § 371 and 18 U.S.C. § 1956(a)(2)(h).  The government will dismiss all remaining charges.

The government will not file any additional charges against me arising out of the facts forming the basis for the present Superseding Indictment or otherwise known to the government from investigation. The government will recommend a sentence at the low end of the applicable Guideline range and allow me to request a variance/departure.

The government will recommend I receive an acceptance of responsibility adjustment to my Guidelines calculation so long as I continue to manifest an acceptance of responsibility.

(19)   I believe that my lawyers have done all that anyone could do to counsel and assist me, and I am satisfied with their advice and help they have given me.

(20)   I know that the Court will not permit anyone to plead "GUILTY" who maintains he/she is innocent and, with that in mind, and because I am "GUILTY" and do not believe I am innocent, I wish to plead "GUILTY" and respectfully request the Court to accept my plea of

"GUILTY" and to have the Clerk enter my plea of "GUILTY" to the Count 1 and Count 23 in the Superseding Indictment.

(21)    My mind is clear.  I am not under the undue influence of alcohol or drugs.

(22)    No psychiatrist, physician, or psychologist has ever found me to be mentally incompetent.  I do not claim incompetence, and I do not claim any limitation on understanding the proceedings and the materials relevant to my plea.

(23)    I offer my plea of "GUILTY" freely and voluntarily, and further state that my plea of guilty is not the result of any force or threats against me, or of any promises made to me other than those noted in this petition.  I further offer my plea of "GUILTY" with full understanding of all the matters set forth in the Superseding Indictment and in this petition, and in the certificate of my attorney which is attached to this petition.

(24)    I waive the reading of the Superseding Indictment in open court, and I request the Court to enter my plea of "GUILTY" to Count 1 and Count 23 of the Superseding Indictment as set forth in paragraph (20) of this petition.

(25)    I swear that I have read, understood, and discussed with my attorney, each and every part of this Petition to Plead Guilty, and that the answers which appear in every part of this petition are true and correct.

Signed and Sworn to by me in open court, in the presence of my attorney, this 19th day of December, 2023.

/s/ _____
Cyril Gregory Buyanovsky

Subscribed and Sworn to before me this 19th day of December, 2023.

_____
(Deputy Clerk)

## **CERTIFICATE OF COUNSEL**

The undersigned, as lawyer and counselor for the defendant <u>Cyril Gregory Buyanovsky</u> hereby certifies:

(1)     I have read and fully explained to the defendant the allegations contained in the Indictment and Superseding Indictment filed in this case.

(2)     To the best of my knowledge and belief the statements, representations and declarations made by the defendant in the foregoing petition are in all respects accurate and true.

(3)     I explained the maximum penalty for each count to the defendant.

(4)     The plea of "GUILTY" offered by the defendant in paragraph (20) accords with my understanding of the facts he/she related to me and is consistent with my advice to the defendant.

(5)     In my opinion, the defendant's waiver of reading of the Superseding Indictment in open court as provided by Rule 10 is voluntarily and understandingly made, and I recommend to the Court that the waiver be accepted.

(6)     In my opinion, the plea of "GUILTY" offered by the defendant in paragraph (20) of the petition is voluntarily and understandingly made.  I recommend that the Court accept the plea of "GUILTY."

(7)     I have made no predictions or promises to the defendant concerning any sentence the Court may award, except as noted in the space below:   <u>I have advised the Defendant of the sentencing guidelines and discussed the statutory sentencing factors.</u>

(8)     I further represent to the Court that the defendant's plea of "GUILTY" is the result of a plea agreement, a copy of which is provided with this Petition.

Signed by me in open court in the presence of the defendant above named and after full discussion of the contents of this certificate with the defendant, this 19th day of December, 2023.

_____*/s/ Aitan Goelman*_____

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 23-20010-DDC** |
| | ) | |
| **CYRIL BUYANOVSKY,** | ) | |
| **Defendant.** | ) | |

## ORDER

I find that the plea of guilty was made by the defendant freely, voluntarily, and because he is guilty as charged, and not out of ignorance, fear, inadvertence, or coercion, and with full understanding of its consequences.  I further find that the defendant has admitted the essential elements of the crimes charged in Count 1 and Count 23 of the Superseding Indictment and is mentally competent.

**IT IS THEREFORE ORDERED** that the defendant's plea of "GUILTY" to Count 1 and Count 23 of the Superseding Indictment be accepted and entered as prayed for in the petition and as recommended in the certificate of his lawyer.

Done in open court this 19th day of December, 2023.

_____
HON. DANIEL D. CRABTREE
UNITED STATES DISTRICT COURT