Filed in Open Court

12/19/2023

Skyler B. O'Hara

By _____ M. Garrett _____

Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CYRIL GREGORY BUYANOVSKY,

Defendant.

Case No. 23-cr-20010-DDC-01

## PLEA AGREEMENT

The United States of America, by and through Assistant United States Attorneys Ryan J. Huschka and Scott C. Rask and Trial Attorney Adam P. Barry, and Cyril Buyanovsky, the defendant, personally and by and through his counsel, Aitan D. Goelman, hereby enter into the following Plea Agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure:

1.  **Defendant's Guilty Plea.** The defendant agrees to plead guilty to Counts 1 and 23 of the Superseding Indictment charging violations of 18 U.S.C. §§ 371 (conspiracy) and 1956(a)(2), (h) (conspiracy to commit international money laundering). By entering into this Plea Agreement, the defendant admits to knowingly committing the offenses, and to being guilty of the offenses. The defendant understands that the maximum sentence which may be imposed as to Count 1 of the Superseding Indictment to which he has agreed to plead guilty is not more than five years of imprisonment, a $250,000 fine, three years of supervised release, and a $100.00 mandatory special assessment. The defendant understands that the maximum sentence which may be imposed as to Count 23 of the Superseding Indictment to which he has agreed to plead guilty is not more than twenty years of imprisonment, a $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, three years of supervised release, and a $100.00

Ver. 22-01

mandatory special assessment. The defendant further agrees to forfeit property or money to the

United States, as agreed.

2.     **Factual Basis for the Guilty Plea.** The parties agree the facts constituting the

offenses to which the defendant is pleading guilty are as follows:

Between in or around 2020 and continuing through at least in or around March 2023, in the District of Kansas and elsewhere, defendant Cyril Gregory Buyanovsky admits that he conspired and agreed with Douglas Edward Robertson and others to willfully export, attempt to export, and cause the export of avionics equipment from the United States to end users in Russia and Russian end users in other foreign countries by filing false export forms, by failing to file required export forms, and, from the time period February 2022 to March 2023, by exporting, reexporting, and attempting to export controlled avionics equipment from the United States to Russia through third-party countries without having first obtained the required licenses from the U.S. Department of Commerce, in violation of U.S. export laws and regulations.

The defendant admits that he and Douglas Robertson used the company KanRus Trading Company Inc. ("KanRus") to facilitate these illegal exports and that the defendant was the sole owner and shareholder of KanRus.

The defendant admits that between in or around 2020 and continuing through at least in or around March 2023, he conspired and agreed with Douglas Robertson and others to knowingly fail to file and submit false and misleading export information through Electronic Export Information forms and the Automated Export System, in order to facilitate his and his co-conspirators' illegal export activity.

The defendant admits that from when Russia invaded Ukraine in February 2022 and the U.S. Government responded with tightened export controls concerning Russia, he, Douglas Robertson, and others (the "Conspirators") continued to place orders for avionics equipment with companies in the United States; that the Conspirators knew that the equipment was ultimately destined for customers in Russia; and that the Conspirators attempted to hide the fact that the end users of the equipment were in Russia by, among other things, providing false end users to the U.S. companies; shipping goods through intermediary companies in Armenia, the United Arab Emirates, and Cyprus; and having the payments for the equipment come from banks in countries other than Russia, such as Armenia, Kazakhstan, Kyrgyzstan, Cyprus, and the United Arab Emirates. Specifically, Cyril Buyanovsky admits that, after February 2022, he and the Conspirators purchased the equipment described in the Superseding Indictment during that time period, and willfully had this equipment shipped to Russia, through third-party countries, in violation of U.S. export laws and regulations.

The defendant admits that on at least one occasion, he, Douglas Robertson, and others knew that the avionics equipment that they were shipping to Russia was for the Federal Security Service of the Russian Federation (also known as the "FSB").

The defendant admits that he knew that a license from the U.S. Department of Commerce was required after February 2022 to export or reexport the avionics equipment discussed in the Superseding Indictment to Russia, but chose not to seek such a license and instead sought to conceal his illegal activity from the U.S. Government.

The defendant admits that from on or about February 2021 and continuing through on or about February 2023, in the District of Kansas and elsewhere, he and the Conspirators used international bank wires to promote their illegal export activity, specifically the smuggling of avionics equipment outside of the United States in violation of U.S. law, including Title 13, United States Code, Section 305 (False Export Information) and, from February 2022 to March 2023, Title 50, United States Code, Section 4819 (Export Control Reform Act). The defendant admits that he, Douglas Robertson, and others transferred money between the United States and foreign countries, including Armenia, the Czech Republic, the United Arab Emirates, Kazakhstan, Kyrgyzstan, and Cyprus, to promote their illegal export activity.

The defendant admits that the $452,303.92 that he received constitutes proceeds from his illegal export activity and these funds were involved in the international money laundering conspiracy.

The defendant admits that the following items constitute property that was intended to be exported in violation of U.S. laws: (1) avionics equipment and accessories from AirTeam in the Czech Republic contained in cardboard box recovered from KanRus's New Century hangar, including a Garmin GWX 70 antenna array (p/n 117-00254-00, s/n 32861), a Garmin GWX 75 weather radar transceiver (p/n 010-01589-00, s/n 4RR003775/3286) Garmin GI 275 altitude indicator (p/n 010-02326-10; s/n 5MZ113294), a sub-assy installation kit for GWX 75 (p/n 011-01769-00); (2) pallet of avionics equipment and accessories associated with attempted export ITN:X20230228312933; and (3) KanRus inventory, as more fully described in Exhibit A, which is incorporated as part of this agreement.

3. **Application of the Sentencing Guidelines.** The parties understand that the Court will apply the United States Sentencing Guidelines (Guidelines) to calculate the applicable sentence and may impose a sentence consistent with the Guidelines. The defendant agrees to waive all constitutional challenges to the validity of the Guidelines. The defendant understands and acknowledges that the Court will find, by a preponderance of the evidence, the facts used to determine the offense level, and in making its findings, that the Court may consider any reliable evidence, including hearsay. Nothing in this section prevents the parties from filing objections to the Presentence Report prepared by the United States Probation Office, or from arguing the application of specific sections of the Guidelines. The parties agree that the Court will determine

the final Guideline range. The parties understand this Plea Agreement binds the parties only and does not bind the Court.

4. **Relevant Conduct.** The parties have agreed to the application of the Guidelines. Therefore, the defendant agrees that the conduct charged in any dismissed counts, as well as all other uncharged related criminal activity, will be considered as relevant conduct for purposes of calculating the offense level for the count of conviction, in accordance with United States Sentencing Guidelines (U.S.S.G.) § 1B1.3.

5. **Government's Agreements.** In return for the defendant's plea of guilty as set forth herein, the United States Attorney for the District of Kansas agrees:

    (a)    to dismiss the remaining counts of the Superseding Indictment at the time of sentencing;

    (b)    to not file any additional charges against the defendant arising out of the facts forming the basis for the present Superseding Indictment;

    (c)    to recommend a sentence at the low end of the applicable Guideline range, and to allow the defendant to reserve the right to request a downward departure and/or a variance; and

    (d)    to recommend the defendant receive a two (2) level reduction in the applicable offense level under U.S.S.G. § 3E1.1 for acceptance of responsibility. In addition, if his offense level is 16 or greater, prior to any reduction for acceptance of responsibility, and the Court finds he qualifies for a two-level reduction, the United States will move at the time of sentencing for an additional one-level reduction for acceptance of responsibility because he timely notified the government of his intention to enter a plea of guilty.

The United States' obligations under this Paragraph are contingent upon the defendant's continuing to manifest an acceptance of responsibility. If the defendant denies or gives conflicting statements as to his involvement, falsely denies or frivolously contests relevant conduct the Court determines to be true, willfully obstructs or impedes the administration of justice, as defined by U.S.S.G. § 3C1.1 (or willfully attempts to do so), or has engaged in additional criminal conduct,

the United States reserves the right to petition the Court for a hearing to determine if he has breached this Plea Agreement.

If the Court finds by a preponderance of the evidence that the defendant (1) has breached or violated this Plea Agreement; (2) has willfully obstructed or impeded the administration of justice, as defined by U.S.S.G. § 3C1.1 (or willfully attempted to do so); (3) has engaged in additional criminal conduct; or (4) has otherwise failed to adhere to this Plea Agreement's terms, the United States shall not be bound by this Paragraph, and may pursue any additional charges arising from the criminal activity under investigation, as well as any charges for any perjury, false statement, or obstruction of justice that may have occurred.

If the Court finds the defendant has violated this Plea Agreement, he understands and agrees that all statements he made, any testimony he gave before a grand jury or any tribunal, or any leads from such statements or testimony, shall be admissible against him in any and all criminal proceedings. The defendant waives any rights which might be asserted under the United States Constitution, any statute, Federal Rule of Criminal Procedure 11(f), Federal Rule of Evidence 410, or any other federal rule that pertains to the admissibility of any statements he made subsequent to this Plea Agreement.

6.     **Sentence to be Determined by the Court.**  The defendant understands that the sentence to be imposed will be determined solely by the United States District Judge. The United States cannot and has not made any promise or representation as to what sentence he will receive.

7.     **Forfeiture of Assets.**  The defendant knowingly and voluntarily agrees and consents to the forfeiture of the following property to the United States:

> (a) avionics equipment and accessories from AirTeam in the Czech Republic contained in cardboard recovered from KanRus's New Century hangar, including a Garmin GWX 70 antenna array (p/n 117-00254-00, s/n 32861), a Garmin GWX 75 weather radar transceiver (p/n 010-01589-00, s/n 4RR003775/3286), a Garmin

GI 275 altitude indicator (p/n 010-02326-10; s/n 5MZ113294), a sub-assy installation kit for GWX 75 (p/n 011-01769-00);

(b) pallet of avionics equipment and accessories associated with attempted export ITN:X20230228312933; and

(c) inventory, as more fully described in Exhibit A.

The defendant agrees that this property was used or intended to be used to commit Count 1 and/or constitutes or is traceable to proceeds derived from Count 1 and/or were intended to be exported in violation of Count 1.

Additionally, the defendant knowingly and voluntarily agrees and consents to the imposition of a personal forfeiture judgment against him in the amount of $50,000. This sum represents a portion of the proceeds obtained by him from the commission of Count 1, which was also involved in the international money laundering conspiracy to which he is pleading guilty (Count 23).

The defendant knowingly and voluntarily waives his right to a jury trial regarding the forfeiture of property, and voluntarily waives all constitutional, legal and equitable defenses to the imposition of a forfeiture judgment and to the forfeiture of the property listed herein. The defendant acknowledges and agrees that the forfeiture of this property and the imposition of a forfeiture judgment shall not be deemed an alteration of his sentence or this agreement and shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon him in addition to forfeiture. Additionally, the defendant agrees to the immediate entry of the Preliminary Order of Forfeiture and agrees to sign any and all documents necessary to effectuate the forfeiture and transfer of his interest and possession of the property identified in this paragraph to the United States prior to the imposition of sentence.

8.    **Identification of Assets and Agreement Concerning Monetary Penalties**

**(Restitution, Fines, Assessments) and Forfeiture.** The defendant agrees to cooperate fully with

the United States Attorney's Office and specifically agrees as follows:

(a)    Defendant agrees to execute a financial statement provided by the United States Attorney's Office and to update the statement with any material changes within 30 days of any such change.  Defendant further agrees to provide all supporting documentation, including, but not limited to, copies of federal tax returns.  The defendant agrees to disclose all assets in which defendant has any interest or which defendant exercises control, directly or indirectly, including those held by a spouse, nominee, or other third party, as well as any transfer of assets that has taken place within six years preceding the entry of the judgment in this criminal case. Additionally, the defendant agrees to periodically execute an updated financial statement at the request of the United States Attorney's Office until such time the judgment debt is paid in full.

(b)    Defendant agrees to authorize the release of all financial information requested by the United States, including, but not limited to, executing authorization forms for the United States to obtain tax information, bank account records, credit history, and social security information.  Defendant agrees the United States Attorney's Office may subpoena any records it deems relevant to conduct a full financial investigation.  Defendant agrees to discuss or answer any questions by the United States relating to its financial investigation.

(c)    Defendant agrees to submit to an examination prior to and/or after sentencing, which may be taken under oath, and/or may include a polygraph examination.

(d)    Defendant agrees that any waivers, consents, or releases executed for the United States Probation Office for purposes of preparation of the Presentence Report may be provided to the United States Attorney's Office.  All information defendant provided to the United States Probation Office or independently obtained by the United States Probation Office may be provided to the United States Attorney's Office.

(e)    Defendant agrees not to encumber, transfer, or dispose of any monies, property, or assets under defendant's custody or control, without written approval from the United States Attorney's Office.

(f)    Defendant agrees that whatever monetary penalties the Court imposes (including any fine, restitution, assessment, or forfeiture judgment), will be due and payable immediately and subject to immediate enforcement by the United States.  Should the Court impose a schedule of payments, he agrees that the schedule of payments is a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.  If defendant is incarcerated, defendant agrees to participate in the Bureau of Prisons' Inmate

Financial Responsibility Program, regardless of whether the Court specifically directs participation or imposes a schedule of payments.

(g)   If defendant posted funds as security for defendant's appearance in this case, defendant authorizes the Court to release the funds to the Clerk of the United States District Court to be applied to the criminal monetary impositions at the time of sentencing.

(h)   Defendant waives any requirement for demand of payment on any restitution, fine, assessment, or forfeiture judgment entered by this Court.

(i)   Defendant agrees to notify the United States Attorney's Office within 30 days of any change of address or other contact information until the judgment debt is paid in full.

(j)   Defendant agrees the terms of this agreement shall be incorporated into the Judgment in a Criminal Case.

(k)   Defendant waives the administrative requirements of the Treasury Offset Program, including the requirement of default, and agrees to be immediately included in the Treasury Offset Program allowing federal benefits and payments to be offset and applied to the balance of criminal monetary penalties.

(l)   Defendant agrees that noncompliance with any of the terms set forth in this paragraph will result in a continuance of the sentencing hearing.

9.   **Withdrawal of Plea Not Permitted.**   The defendant understands that if the Court accepts this Plea Agreement, but imposes a sentence with which he does not agree, he will not be permitted to withdraw his guilty plea.

10.   **Payment of Special Assessment.**   The defendant understands that a mandatory special assessment of $100.00 per count of conviction will be entered against him at the time of sentencing. The defendant agrees to deliver to the Clerk of the United States District Court payment in the appropriate amount no later than the day of sentencing. The defendant has the burden of establishing an inability to pay the required special assessment. The parties acknowledge that if the Court finds the defendant is without resources to pay the special assessment at the time of sentencing, the Court may allow payment during his period of incarceration.

8

11.     **Waiver of Appeal and Collateral Attack.**  The defendant knowingly and voluntarily waives any right to appeal or collaterally attack any matter in connection with this prosecution, his conviction, or the components of the sentence to be imposed herein, including the length and conditions of supervised release, as well as any sentence imposed upon a revocation of supervised release.  The defendant is aware that 18 U.S.C. § 3742 affords him the right to appeal the conviction and sentence imposed.  The defendant also waives any right to challenge his sentence, or the manner in which it was determined, or otherwise attempt to modify or change his sentence, in any collateral attack, including, but not limited to, a motion brought under 28 U.S.C. § 2255 (except as limited by *United States v. Cockerham*, 237 F.3d 1179, 1187 (10th Cir. 2001)), or a motion brought under Federal Rule of Civil Procedure 60(b).  In other words, the defendant waives the right to appeal the sentence imposed in this case, except to the extent, if any, the Court departs or varies upwards from the sentencing Guideline range that the Court determines to be applicable.  However, if the United States exercises its right to appeal the sentence imposed, as authorized by 18 U.S.C. § 3742(b), the defendant is released from this waiver and may appeal the sentence received, as authorized by 18 U.S.C. § 3742(a).  Notwithstanding the forgoing waivers, the parties understand that the defendant in no way waives any subsequent claims with regards to ineffective assistance of counsel or prosecutorial misconduct.

12.     **FOIA and Privacy Act Waiver.**  The defendant waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including, without limitation, any records that may be sought under the Freedom of Information Act, 5 U.S.C. § 552. The defendant further waives any rights conferred under the Privacy Act of 1974, 5 U.S.C. § 552a, to prevent or object to the disclosure of records or materials pertaining to this case.

13.    **Waiver of Claim for Attorney's Fees.** The defendant waives all claims under the Hyde Amendment, 18 U.S.C. § 3006A, for attorney's fees and other litigation expenses arising out of the investigation or prosecution of this matter.

14.    **Full Disclosure by United States.** The defendant understands the United States will provide to the Court and the United States Probation Office all information it deems relevant to determining the appropriate sentence in this case. This may include information concerning his background, character, and conduct, including the entirety of his criminal activities. The defendant understands these disclosures are not limited to the count to which he is pleading guilty. The United States may respond to comments he or his attorney makes, or to positions he or his attorney takes, and to correct any misstatements or inaccuracies. The United States further reserves its right to make any recommendations it deems appropriate regarding the disposition of this case, subject only to any limitations set forth in this Plea Agreement. The defendant also has the right to provide information concerning the offenses and to make recommendations to the Court and the United States Probation Office.

15.    **Parties to the Agreement.** The defendant understands this Plea Agreement binds only him and the United States Attorney for the District of Kansas, and that it does not bind any other federal, state, or local prosecution authority.

16.    **Voluntariness of Guilty Plea.** The defendant has had sufficient time to discuss this case, the evidence, and this Plea Agreement with his attorney and he is fully satisfied with the advice and representation his attorney provided. Further, the defendant acknowledges that he has read the Plea Agreement, understands it, and agrees it is true and accurate and not the result of any threats, duress or coercion. The defendant further understands that this Plea Agreement supersedes any and all other agreements or negotiations between the parties, and unless subsequently supplemented in writing with the joint approval of the parties, this Plea Agreement embodies each

10

and every term of the agreement between the parties.   The defendant acknowledges that he is

entering into this Plea Agreement and is pleading guilty because he is guilty.   He further

acknowledges that he is entering his guilty plea freely, voluntarily, and knowingly.


/s/ Ryan J. Huschka

Ryan J. Huschka
Assistant United States Attorney

Date: 11/7/2023


Scott C. Rask

Scott C. Rask , #15643
Assistant United States Attorney

Date: November 3, 2023

/s/ D. Christopher Oakley

D. Christopher Oakley
Assistant United States Attorney
Supervisor

Date: 11/7/2023


Adam P. Barry
Trial Attorney

Date: 11/03/2023


Cyril Buyanovsky
Defendant

Date: 11/1/2023


Aitan D. Goelman
1800 M Street NW, Suite 1000
Washington, DC 20036
Counsel for Defendant

Date: 11/3/2023

11

**Exhibit A to Plea Agreement – KanRus inventory**

| Part Number | Model | Description | Serial Number | Box Number |
|---|---|---|---|---|
| 010-01197-01 | GTN625Xi | GTN625Xi Complete System | 5FM000587 | 1 |
| 010-00724-05 | GAD43 | GAD43 with enablement | 27P000752 | 1 |
| 013-00235-00 | GA35 | GPS Antenna | 210906 | 1 |
| 011-00345-00 | GPS150XL | GPS Moving Map | 18702891 | 13 |
| 066-03034-0006 | KI207 | Indicator | 76473 | 1 |
| 066-01156-0101 | KT76C | Transponder | 3341 | 3 |
| 069-01025-0025 | KX165 | NAV/COM | 75553 | 3 |
| 050-01611-0001 | Install Kit | KN62 Install Kit | - | 5 |
| 050-02204-0000 | Install Kit | Install Kit | - | |
| 050-03378-0000 | Install Kit | KX155/165 Install Kit | - | 5 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1018 | 8 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1019 | 7 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1020 | 6 |
| 6431200-3 | TI1202 | Mid-Cont Inverter 230VAC | F20-12032 | 2 |

| 962830-1A | ADC2000 | Shadin Air Data Computer | 1982 | 1 |
|---|---|---|---|---|
| 962830-3A | ADC2000 | Shadin Air Data Computer | 2563 | 1 |
| 962830-3A | ADC2000 | Shadin Air Data Computer | 2579 | 1 |
| 877-28V | 877 | Davtron Clock | 17987 | 1 |
| 877-28V | 877 | Davtron Clock | 17989 | 1 |
| 877-28V | 877 | Davtron Clock | 17990 | 1 |
| 877-28V | 877 | Davtron Clock | 17992 | 1 |
| 301C | 301C | OAT | A6741 | 1 |
| 301C | 301C | OAT | A6742 | 1 |
| S1821502-02 | 406AF | Kannad ELT | 2620001-0028 | 9 |
| S1821502-02 | 406AF | Kannad ELT | 2620001-0020 | 9 |
| 455-5016 | C406-1HM | ELT w/buzzer and NAV switch | 170-08399 | 1 |
| 101386-000 | D1 | Dynon EFIS | 202390 | 1 |
| 01192-0-1T | System 55X | S-Tec Autopilot computer | 0612-9577 | 21 |
| 01192-0-1T | System 55X | S-Tec Autopilot computer | 0612-9576 | 21 |
| 800-00039-001 | EX600 Kit | EX600 Heli Install Kit | n/a | 1 |
| S65-5366-3L | Ant | L-Band Antenna | 240-4204 | 1 |
| S65-5366-3L | Ant | L-Band Antenna | 240-4203 | 1 |

| S65-8282-30 | Ant | VHF/AM/FM Antenna | 8115 | 1 |
|---|---|---|---|---|
| CI-268-5 | Ant | VHF Antenna | 715939 | 1 |
| CI-268-5 | Ant | VHF Antenna | 718051 | 1 |
| CI-105-16 | Ant | DME/Transponder Ant | 40665 | 1 |
| CI-102 | Ant | Marker Antenna | 5031568 | 1 |
| CI-122 | Ant | Comm Antenna | 575351 | |
| CI-292 | Ant | Bent Comm Antenna | 588456 | 1 |
| CI-292 | Ant | Bent Comm Antenna | 588459 | 1 |
| CI-507 | Diplexer | Diplexer | 324747 | 1 |
| 12506G-05 | H3310 | David Clark Headset w/Mask | - | 1 |
| 01-0790093-00 | 90093 | Ice Detector Light | - | 1 |
| 01-0770155-00 | A7151 | Landing Light | - | 1 |
| 78-8060-5869-5 | WX-SM | Skin Mapper BFGoodrich | 26 | 1 |
| 78-8060-5889-6 | WX-SM-Ant | Skin Mapper Antenna | 80016 | 1 |
| 011-00401-10 | GAD29B | GAD29B with kit and plates | 5DL010192 | 1 |
| 071-01549-0100 | AA2010V | Weather Radar antenna 10" | 7779 | 1 |
| 011-00401-10 | GMA340 | Audio Panel | 96278196 | 1 |
| K10-00280-00 | G5 | G5 for certified a/c | 4JQ036444 | 1 |
| DMC63-1/A | | Antenna | 42518 | 1 |
| DMC63-1/A | | Antenna | 42308 | 1 |

| DMC63-1/A | | Antenna | 40952 | 1 |
|---|---|---|---|---|
| 200-06678-0011 | | Display board | - | 1 |
| 010-N0248-01 | GDL49 | Sat Datalink | 39801067 | 1 |
| 400-150 | | Aircraft tire | | 4 |
| 050-01766-0001 | Install Kit | KN63 Install Kit | - | 5 |
| 11959-3 | | CD Player | B05627 | 5 |
| 34-0750767 | Q4591 | Landing Light | | 9 |
| 774-7264-90 | HGU26/P | Helmet | F41608-84-C0808 | 10 |
| | GPS95XL | GPS Navigator | 39524002 | 5 |
| | Zumo | GPS Navigator | | 5 |
| CI508 | | Coupler | 3121947 | 5 |
| CI508 | | Coupler | 3121948 | 5 |
| 81194 | | GPS Antenna | 15288 | 5 |
| 010-10303-00 | AV14 | Antenna | - | 11 |
| CI5120 | | Splitter | 5024340 | 5 |
| CI505 | | Coupler | 5063321 | 5 |
| 071-01523-03 | | KLN90 Database cartridge | 45851 | 5 |
| 050-50001-0502 | | IVA81D Install Kit | | 5 |
| DAK55-16A | M81969/17-01 | Insertion/Extraction Tool | | 5 |
| DAK20A | M81969/17-03 | Insertion/Extraction Tool | | 5 |
| 1H19-5 | | Cylinder Head Drain Valve | S1AP | 5 |
| | | GPS165 front panel | | 5 |
| 30-587 | | Die set for crimp tool | | 5 |

| | | GPS 155 Datacard | | 5 |
|---|---|---|---|---|
| FP-5L | | Fuel Computer | 64598 | 12 |
| FFDM-1 | | Fuel Computer Data Module | 64601 | 12 |
| FT90 | | Fuel Flow Sensor | 64600 and 64602 | 12 |
| 649922 | CH48108-1 | Oil Filter | | 13 |
| 2B6-84 | | Fuel Pump | 1DAY54 | 13 |
| 010-10850-20 | | Carrying case for GPS | | 14 |
| MS24266R20B41SN | | Connector with pins | | 15 |
| M39029/90-529 | | Pin | | 15 |
| M85049/38-9N | | Backshell | | 15 |
| M39029/58-360 | | Pin | | 15 |
| M85049/38-17N | | Backshell | | 15 |
| M85049/38S25N | | Backshell | | 15 |
| M85049/38S15N | | Backshell | | 15 |
| M85049/38-21N | | Backshell | | 15 |
| E2473LP | | Driver | | 15 |
| NC3300 | | Michel Transponder Tester | 481 | 15 |
| J7764-31 | | Engine mount | | 17 |
| S1820511-02 | | Bracket | | 17 |
| KI-13BS | | Compass | 721246 | 17 |
| CI101 | | Antenna | ID523 | 17 |
| 11549A | | Power Divider | | 17 |

| 4088T51P01 | | Pad mounting | | 17 |
|---|---|---|---|---|
| CI102 | | Marker Antenna | 4063335 | 17 |
| CI102 | | Marker Antenna | 156481 | 17 |
| 071-01553-0200 | | KA90 Antenna | 67396 | 17 |
| 013-00235-00 | | GA35 Antenna | 84556 | 17 |
| AT1675-0W-TNCF-00 | 0-RG-40-NM | Antenna | 23453 | 17 |
| CI102 | | Marker Antenna | 157408 | 17 |
| 064-01023-0000 | KTR908 | VHF Comm | 1879 | 18 |
| 047-04912-0001 | | Bracket | | 18 |
| MS27473T10F5S | | Connector | | 18 |
| D29000JVLO | | Connector | | 18 |
| 089-08252-0030 | | Washer | | 18 |
| 089-02353-0001 | | Nutplate | | 18 |
| 030-00101-0002 | | Connector | | 18 |
| 047-05959-0002 | | Clamp | | 18 |
| 030-01094-0057 | | Connector | | 18 |
| 089-05907-0005 | | Screw | | 18 |
| 089-05878-0010 | | Screw | | 18 |
| 090-90819-0007 | | C Clamp | | 18 |
| 089-06012-0008 | | Screw | | 18 |

| | | | | |
|---|---|---|---|---|
| 030-01107-0044 | | Pins | | 18 |
| 047-04900-0002 | | Backplate | | 18 |
| RD29F00000 | | Connector, shell | | 18 |
| M39029/63-368 | | Pins | | 18 |
| RDF9F00000 | | Connector Shell | | 18 |
| 030-01188-0000 | | Pin | | 18 |
| MS21069-06 | | Nutplate | | 18 |
| D9000JVLO | | Connector | | 18 |
| 155-02988-0121 | | Cable High Voltage | | 18 |
| 005547 | | Cable Bambi Bucket | | 18 |
| R176018000 | | Connector | | 18 |
| 010-00900-20 | | GTN650 Database | | 18 |
| 071-00161-0103 | | KMD850 Database | | 18 |
| 718-1391-423 | 998-2759-523 | EGPWS Datacard | 10032166 | 18 |
| 40880G-01 | | Headset adapter | | 19 |
| 3D3553-01 | | Water Separator | N080538 | 20 |
| 3D3553-01 | | Water Separator | N080540 | 20 |
| DMH22-1 | | Diplexer | 23565 | 20 |
| DMH22-1 | | Diplexer | 24099 | 20 |
| 02-0250325-00 | | Ice Detector Light | | 20 |
| 951-0386-001 | | Smart Cable EGPWS | 0262 | 20 |
| 611-6013-04 | | Cable | | 20 |

| | | | | |
|---|---|---|---|---|
| 951-0386-001 | | Smart Cable EGPWS | 1062 | 20 |
| 611-6013-11 | | Cable | | 20 |
| 011-02326-02 | | GTN650 Install Kit | | 20 |
| PCCBL-DC-10 | | Cable | | 20 |
| 361-00038-01 | | Battery Zumo | | 20 |
| VR2000-28-1 | | Voltage Regulator | F081470 | 21 |
| VR2000-28-1 | | Voltage Regulator | F022333 | 21 |
| VR2000-28-1 | | Voltage Regulator | F081476 | 21 |
| VR2000-28-1 | | Voltage Regulator | F022328 | 21 |
| 010-10702-00 | | GA25 Antenna | | 21 |
| DMH24-1 | | Diplexer | 4451 | 21 |
| WX-10 | 380D03 | Processor | OP81090550 | 22 |
| | 378 | Antenna | 82061116 | 22 |
| | PC-615-10 | Lycoming IPC for IO540AB1A5 | | 21 |
| | SSP475 | Lycoming Manual | | 21 |
| T12X13-I-24VDC | A420-0660054-00 | Relay | | 23 |
| 622-9352-007 | TDR94 | Transponder | 1990 | 21 |
| DURA6-5F | | 6V-5A-h AGM Battery | | 23 |
| 3D3556-01 | | Ejector Valve | N080709 | 23 |

| | | | | |
|---|---|---|---|---|
| 3D3556-01 | | Ejector Valve | N080710 | 23 |
| 3D3556-01 | | Ejector Valve | N080711 | 23 |
| 3D3556-01 | | Ejector Valve | N080707 | 23 |
| 3D3556-01 | | Ejector Valve | N080706 | 23 |
| 3D3556-01 | | Ejector Valve | N080705 | 23 |
| 4D2037-11 | | Timer | U369 | 23 |
| 4D2037-11 | | Timer | U368 | 23 |
| 4D2095-201 | | Regulator | N080573 | 25 |
| 4D2095-201 | | Regulator | N080572 | 25 |
| RD9510GEC | | Connector | | 24 |
| MB16W1419S | | Connector | | 25 |
| MB30R-0803S | | Connector | | 25 |
| | | ST3400H Install Kit | | 25 |
| 050-03088-0000 | | ART2000 Install Kit | | 26 |
| 050-01577-0001 | | KT76 Install Kit | | 26 |
| 050-01611-0001 | | KN62 Install Kit | | 26 |
| 071-00097-0100 | | Config Module | 17771 | 26 |
| 89000008-001001 | | KLR10 System | BK-1055-13 | 26 |
| S1823502-03 | 406AS | Kannad ELT | 2619959-0008 | 27 |
| MT36G-1005S | | Connector | | 28 |
| LUN 1333.12.8 | | Tach Sensor | 8703341 | 28 |
| BA112 | | Filter | | 29 |
| 320559 | | Splice | | 30 |

| | | | |
|---|---|---|---|
| MS24266R20B41SN | | Connector | 30 |
| M85049/52-1-24N | | Backshell | 30 |
| M85049/51-S20N | | Backshell | 30 |
| MS3476L24-61SZ | | Connector | 30 |
| MS3126F14-5S | | Connector | 30 |
| MS3116F8-4S | | Connector | 30 |
| 257-0937113-98-PPC | | Connector | 30 |
| ZZW-M-1016-24SD | | Connector | 30 |
| MS27473T10F5S | | Connector | 30 |
| R143.008.000W | | Connector | 30 |
| 277149-3 | | Terminal | 30 |
| R161.088.000 | | Connector | 30 |
| 012-110-0812 | | Pin | 30 |
| 249-2077-000 | | Pin | 30 |
| M85049/52S24N | | Bachshell | 30 |
| AN919-3D | | Fitting | 30 |
| DD78S10JVLO | | Connector | 30 |
| RD50S10JVLO | | Connector | 30 |
| 107R1001 | | Tool | 30 |
| 1071005 | | Tool | 30 |
| 620923 | | Plug | 30 |
| 53424-1 | | Terminal | 30 |

| | | | | |
|---|---|---|---|---|
| 8599-0965-900 | | Pin | | 30 |
| 8599-0953-900 | | Pins | | 30 |
| 91067-2 | | Extractor Tool | | 30 |
| 91067-1 | | Extractor Tool | | 30 |
| RD29F10JVLO | | Connector | | 30 |
| DAK20B | | Tool | | 30 |
| DRK20B | | Tool | | 30 |
| 652458 | | Exhaust Gasket | | 30 |
| 01-0790093-00 | | Ice Detector Light | | 30 |
| 53405-1 | | Splice | | 30 |
| DCA375-A197 | | Connector | | 30 |
| 985367-4D | | Fitting | | 30 |
| NL3224AC35-06 | | LCD Display | | 31 |
| 011-00134-00 | | GA56 Antenna | 59033006 | 30 |
| 011-00134-00 | | GA56 Antenna | 59038597 | 30 |
| 010-10051-03 | | DGRM24 | | 30 |
| 1H19-5 | | Cylinder Head Drain Valve | S1AP | 30 |
| 453-5003-232 | | ELT | | 30 |
| 62C2222-02-040C | | Optical Encoder | | 31 |
| 066-01171-0903 | IVA81D | Indicator | 15 | 32 |
| 066-04031-1122 | KLN90B | GPS Navigator | 29445 | 33 |

| 066-04031-1122 | KLN90B | GPS Navigator | 28896 | 33 |
|---|---|---|---|---|
| 066-04031-1122 | KLN90B | GPS Navigator | 29097 | 33 |
| 066-1071-00 | KXP756 | Transponder | P1092 | 34 |
| 047-04874-0001 | | KX155 Rack | | 34 |
| 071-1276-08 | KFS576A | Control Head | 2359 | 34 |
| 010-01788-01 | GMU11 | Magnetic sensor | 56J013893 | 34 |
| AD27500-10SD1T23 | | M27500-10SD1T23 Cable | | 35 |
| 55PC1231-22-9/93/96 | -09 | Cable | | 36 |
| BMS13-48T01G018 | | Wire | | 37 |
| BMS13-48T10C01G0 | 16 | Wire | | 38 |
| AA52083-C-3 | | Lacing tape – natural color | | 39 |
| BMS13-48T01C01G0 | 20 | Wire | | 40 |
| BMS13-48T01C01G0 | 16 | Wire | | 41 |
| MB30R0803S | | Connector | | 42 |
| DR25-1/2-0-SP | | Heatshrink | | 42 |
| 050-03088-0000 | | Install Kit RDR2000 | | 42 |
| S1820514-01 | | Kannad Programming Dongle | | 34 |

| | | | | |
|---|---|---|---|---|
| S1820511-02 | | Mounting Bracket | | 34 |
| S1820511-01 | | Mounting Bracket | | 34 |
| S1820513-18 | RC200 | Control Head | 2619105-0159 | 34 |
| 68N | | Tape | | 34 |
| TS90-IKS | | Install Kit | | 34 |
| PAPWR-IKS | | Install Kit | | 34 |
| AN924-3 | | Nut | | 34 |
| 200-06682-0001 | | Board | | 34 |
| 65-80-200 | | Relay | | 34 |
| PAREC-IKS | | Install Kit | | 34 |
| DR25-3/4-0-SP | | Heatshrink | | 34 |
| N70-M5X40 | | O-ring | | 42 |
| PAPWR-IKS | | Install Kit | | 42 |
| TS90-IKS | | Install Kit | | 42 |
| 89000008-001001 | KLR10 | Lift reserve system | BK-1084-13 | 43 |
| 3300-10 | | Directional Gyro | C08-10904 | 44 |
| 622-9210-501 | TDR94D | Transponder | CVRV | 45 |
| | Aera796 | GPS Navigator | 2CY004030 | 46 |
| | GDL39 | Data Link Receiver | 2K60005522 | 46 |
| MS3479W14-19S | | Connector | | 46 |
| | GPSMAP196 | GPS Navigator | 65418558 | 46 |
| 011-00831-00 | GEA71 | Engine Data Analyzer | 46706294 | 47 |
| 050-03078-0001 | | Install Kit | | 48 |

| | | | | |
|---|---|---|---|---|
| 23-1027 | | Bushnell Binocular | | 49 |
| 23-1027 | | Bushnell Binocular | | 50 |
| 32208M-90KM1 | | Bearing | | 48 |
| 80827 | | Alcor Switch | | 48 |
| | | Yak-18T Oil Hose set | | 51 |
| | | Yak-18T Tire Tube | | 51 |
| 6043T28P05 | | Filter | GJAF1219M | 48 |
| 784783-3 | | Filter | | 48 |
| 6071T48P01 | | Cable | | 48 |
| 32-436 | | Sigmatek Pressure Relief Valve | T53662 | 52 |
| 32-436 | | Sigmatek Pressure Relief Valve | T53660 | 52 |
| 950HQ1-903-104 | | TPU67A Install Kit | | 53 |
| 066-01143-1602 | MST67A | Transponder | 2579 | 53 |
| 011-00280-00 | GNS430 | GPS Navigator | 96303590 | 54 |
| | | Yak-52 Oil hose set | | 55 |
| 02-0250325-00 | | Ice Detector Light | | 48 |
| S1823502-03 | 406AS | Kannad ELT | | 56 |
| MS3126F22-55S | | Connector | | 57 |
| | | M3 Connector Kit | | 57 |
| M85049/52-1-1-12W | | Backshell | | 57 |

| | | | | |
|---|---|---|---|---|
| 050-03612-0000 | | Install Kit | | 57 |
| NL3224AC35-06 | | LCD Display | | 58 |
| 62C2222-02-040C | | Optical Encoder | | 59 |
| HE28-6-A+ | | Condor Power Supply Module | | 60 |
| 6314 | | Magneto | | 57 |
| 5035-P2-P42-P140 | | United Encoding Altimeter | 37517 | 61 |
| M25038/3-20-9 | | Cable | | 62 |
| D5102QX | | Cable | | 63 |
| IFR80 | | Directional Gyro | | 64 |
| MS27484T12B35S | | Connector | | 65 |
| MS3180-24CA | | Connector | | 65 |
| MS3476W16-26S | | Connector | | 65 |
| RD50M10J0Z | | Connector | | 65 |
| MS247473T10F5C | | Connector | | 65 |
| M85049/52-1-16W | | Backshell | | 65 |
| RD15M10J00 | | Connector | | 65 |
| 073-01030-0502 | | | | 65 |
| M85049/52-1-10N | | Connector | | 65 |
| MS3476W10-6S | | Connector | | 65 |

| | | | | |
|---|---|---|---|---|
| M85049/52-1-10W | | Connector | | 65 |
| 050-03669-0000 | | Install Kit | | 65 |
| MS3116E8-4S | | Connector | | 65 |
| BACC10JS20A | | Backshell | | 65 |
| MS3106A14S-5S | | Connector | | 65 |
| MS24166-D1 | | Relay | | 65 |
| AN816-2D | | Fitting | | 65 |
| AN816-4D | | Fitting | | 65 |
| 2TL1-7 | | Switch | | 65 |
| MS28778-3 | | Packing | | 65 |
| J228P226 | | Packing | | 65 |
| J221P905 | | Packing | | 65 |
| J228P013 | | Packing | | 65 |
| J228P908 | | Packing | | 65 |
| J221P016 | | Packing | | 65 |
| J221P019 | | Packing | | 65 |
| J221P012 | | Packing | | 65 |
| J221P139 | | Packing | | 65 |
| J228P238 | | Packing | | 65 |
| J221P022 | | Packing | | 65 |
| J221P026 | | Packing | | 65 |
| J228P113 | | Packing | | 65 |
| J221P908 | | Packing | | 65 |
| MS3248-1-252 | | Connector | | 65 |
| 22022 | | Nut | | 65 |
| J221P013 | | Packing | | 65 |
| J228P904 | | Packing | | 65 |
| J228P014 | | Packing | | 65 |
| J221P904 | | Packing | | 65 |
| MS27484T10B35SA | | Connector | | 65 |
| M85049/49-2-10W | | Backshell | | 65 |

| | | | | |
|---|---|---|---|---|
| JT06RE14-35SA-SR | | Connector | | 65 |
| MS3476L24-61SZ | | Connector | | 65 |
| ML0327 | | Lamp | | 65 |
| 6543210 | | Annunciator | | 65 |
| KPT06-F8-3S | | Connector | | 65 |
| 9963B | | Clamp | | 65 |
| 071-01523-03 | | KLN90 Database cartridge | | 65 |
| MS27484T18F32S | | Connector | | 65 |
| M85049/52-1-18N | | Backshell | | 65 |
| MS27484E10B35SA | | Connector | | 65 |
| 4053T04P01 | | | | 65 |
| MB30R-1002S | | Connector | | 65 |
| MT30K1412S | | Connector | | 65 |
| TMF-VRA-US-1SJ22 | | Cable | | 52 |
| P-20 | | Inverter | 1575 | 67 |
| 52D54E | | Dir Gyro | 200-6E | 67 |
| 064-5002-0101 | RTA83B | Comm Radio | 445 | 67 |
| 066-04036-0201 | KMD250 | MFD | 1064 | 68 |
| | | Commander stand for KMD250 | 001-5753 | 68 |
| 268P-4 | | Tool | | 68 |
| 268P-1/4 | | Tool | | 68 |
| M22759/16-22-9 | | Wire | | 68 |
| C2400L4VT-24 | | Compass | KT00022 | 68 |

| 050-02600-0000 | | Install Kit | | 68 |
|---|---|---|---|---|
| 071-00097-0100 | | Config Module | 11711 | 68 |
| 071-00097-0100 | | Config Module | 3027 | 68 |
| MS24264R20B41PN | | Connector | | 68 |
| 030-01428-0006 | | Connector | | 68 |
| DR25-1/4-0SP | | Heatshrink | | 69 |
| RG58C/U | | Cable | | 69 |
| M27500-22TG3T14 | | Cable | | 69 |
| M27500-22TG2T14 | | Cable | | 69 |
| RG142 | | Cable | | 69 |
| M27500-22TG1T11 | | Cable | | 69 |
| M27500-22TG2T11 | | Cable | | 69 |
| M27500-22TG3T14 | | Cable | | 69 |
| M27500-22TG1T14 | | Cable | | 69 |
| DR25-3/4-0-SP | | Heatshrink | | 69 |
| HIX-1/4" | | Cable | | 69 |
| HIX-3/16" | | Cable | | 69 |
| 201-0450-1 | | Compressor | 34413 | 70 |
| 201-0450-1 | | Compressor | 34412 | 71 |
| | | Yak-18T Propeller Blade | | 72 |
| 2202 | Fishin Buddy | Fishfinder | | 73 |
| | | Yak-52 Parachute | | 74 |
| | | Yak-52 Parachute | | 75 |

| | | | | |
|---|---|---|---|---|
| | | Yak-18T/52 Propeller Hub | | 76 |
| MB30R-1002S | | Connector | | 68 |
| 032437-2 | | Spectrolab Connector | | 68 |
| 200-06682-0001 | | Display board | | 68 |
| MB30R-0803S | | Connector | | 68 |
| 55PC0211-16-9 | | Cable | | 68 |
| M877-28 | | Clock | 17991 | 68 |
| M877-28 | | Clock | 17988 | 68 |
| 55PC1221-24-9/96-9 | | Wire | | 68 |
| 55PC1221-24-9/96-9 | | Wire | | 68 |
| 032433-60-60 | | Spectrolab Cable | | 77 |
| 032432-65 | | Spectrolab Cable | | 77 |
| 030611-15-72 | | Spectrolab Cable | | 77 |
| 032437-2 | | Spectrolab Cable | | 77 |
| 55PC1221-24-9/96-9 | | Wire | | 77 |
| 55PC0211-12-9 | | Wire | | 77 |
| 030039 | | Control Box | | 77 |
| MS90064-13 | | | | 77 |
| 032088-11 | | Spectrolab Cable | | 77 |
| 032013-190-35 | | Spectrolab Cable | | 77 |
| 032433-71-67 | | Spectrolab Cable | | 77 |

| | | | | |
|---|---|---|---|---|
| ES1632 | | Bushnell Binocular | | 78 |
| 682/2 | | Alpha Coiled Cable | | 78 |
| RK6MB | | Bracket | | 78 |
| | | Aera Cable | | 78 |
| D200-83 | | Splice | | 78 |
| 649368-51A3 | | Fuel Pump | B08DA-216 | 79 |
| CI507 | | Diplexer | 573897 | 78 |
| AK350 | | Encoder | 81679 | 78 |
| AK350 | | Encoder | 35081689 | 78 |
| AK350 | | Encoder | 81699 | 78 |
| 718-1389-423 | | Software Card | 10032159 | 78 |
| 500-87890-101 | | Cable Set | | 80 |
| 500-86168-1983A/198 | 3A | Cable Set | | 81 |
| TV06RW-15-97S | | Connector | | 82 |
| M27500-10SD1T23 | | Wire | | 83 |
| M27500-10SD1T23 | | Wire | | 84 |
| | | Yak-18T Propeller Blade | | 85 |
| | | Yak-52 Parachute | | 4 |
| ELT110-773 | | | 752 | 86 |