**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                           Case No. 23-20010-02-DDC

DOUGLAS EDWARD ROBERTSON (02),

        Defendant.

**Attorneys for Plaintiff:** Adam Barry, Ryan Huschka, Scott C. Rask
**Attorney for Defendant:** Branden A. Bell

| JUDGE: | Daniel D. Crabtree | DATE: | 12/20/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# MOTION HEARING/STATUS CONFERENCE

Defendant appears in person with counsel.

The following motion is before the court:

    Doc. 37 – Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act – **GRANTED as set forth in full on the record.**

The court hears from counsel on the parties' positions on the motion.

**The court sets the following schedule:**

| | |
|---|---|
| **Government's CIPA motion deadline:** | 90 days from today's date |
| **Defendant's deadline to file any ex parte motions related to CIPA Section 4 proceedings:** | 120 days from today's date |
| **Government's response deadline:** | 3 weeks from the filing of defendant's motion |
| **Defendant's reply deadline:** | 2 weeks from the filing of government's response |
| **Motion Hearing:** | July 19, 2024, at 9:00 a.m. |
| **Jury Trial:** | October 16, 2024, at 9:00 a.m. |

The court directs the parties to prepare a pretrial motions briefing schedule order and submit it to the court. If this case requires more structure than the court's usual trial order, the court directs the parties to file a motion that lays out the parties' requests.

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing defendant the additional time requested outweigh the best interest of the public and defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **December 20, 2023, until October 16, 2024**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and defendant in a speedy trial.

**Defendant remains on release.**