# Exhibit A

## KanRus inventory

| Part Number | Model | Description | Serial Number | Box # |
|---|---|---|---|---|
| 010-01197-01 | GTN625Xi | GTN625Xi Complete System | 5FM000587 | 1 |
| 010-00724-05 | GAD43 | GAD43 with enablement | 27P000752 | 1 |
| 013-00235-00 | GA35 | GPS Antenna | 210906 | 1 |
| 011-00345-00 | GPS150XL | GPS Moving Map | 18702891 | 13 |
| 066-03034-0006 | KI207 | Indicator | 76473 | 1 |
| 066-01156-0101 | KT76C | Transponder | 3341 | 3 |
| 069-01025-0025 | KX165 | NAV/COM | 75553 | 3 |
| 050-01611-0001 | Install Kit | KN62 Install Kit | - | 5 |
| 050-02204-0000 | Install Kit | Install Kit | - | |
| 050-03378-0000 | Install Kit | KX155/165 Install Kit | - | 5 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1018 | 8 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1019 | 7 |
| 501-1896-01 | AI-804DJ | 2 inch Electric Attitude Indicator | 1020 | 6 |
| 6431200-3 | TI1202 | Mid-Cont Inverter 230VAC | F20-12032 | 2 |
| 962830-1A | ADC2000 | Shadin Air Data Computer | 1982 | 1 |
| 962830-3A | ADC2000 | Shadin Air Data Computer | 2563 | 1 |
| 962830-3A | ADC2000 | Shadin Air Data Computer | 2579 | 1 |
| 877-28V | 877 | Davtron Clock | 17987 | 1 |
| 877-28V | 877 | Davtron Clock | 17989 | 1 |
| 877-28V | 877 | Davtron Clock | 17990 | 1 |
| 877-28V | 877 | Davtron Clock | 17992 | 1 |
| 301C | 301C | OAT | A6741 | 1 |
| 301C | 301C | OAT | A6742 | 1 |
| S1821502-02 | 406AF | Kannad ELT | 2620001-0028 | 9 |
| S1821502-02 | 406AF | Kannad ELT | 2620001-0020 | 9 |
| 455-5016 | C406-1HM | ELT w/buzzer and NAV switch | 170-08399 | 1 |
| 101386-000 | D1 | Dynon EFIS | 202390 | 1 |
| 01192-0-1T | System 55X | S-Tec Autopilot computer | 0612-9577 | 21 |

| | | | | |
|---|---|---|---|---|
| 01192-0-1T | System 55X | S-Tec Autopilot computer | 0612-9576 | 21 |
| 800-00039-001 | EX600 Kit | EX600 Heli Install Kit | n/a | 1 |
| S65-5366-3L | Ant | L-Band Antenna | 240-4204 | 1 |
| S65-5366-3L | Ant | L-Band Antenna | 240-4203 | 1 |
| S65-8282-30 | Ant | VHF/AM/FM Antenna | 8115 | 1 |
| CI-268-5 | Ant | VHF Antenna | 715939 | 1 |
| CI-268-5 | Ant | VHF Antenna | 718051 | 1 |
| CI-105-16 | Ant | DME/Transponder Ant | 40665 | 1 |
| CI-102 | Ant | Marker Antenna | 5031568 | 1 |
| CI-122 | Ant | Comm Antenna | 575351 | |
| CI-292 | Ant | Bent Comm Antenna | 588456 | 1 |
| CI-292 | Ant | Bent Comm Antenna | 588459 | 1 |
| CI-507 | Diplexer | Diplexer | 324747 | 1 |
| 12506G-05 | H3310 | David Clark Headset w/Mask | - | 1 |
| 01-0790093-00 | 90093 | Ice Detector Light | - | 1 |
| 01-0770155-00 | A7151 | Landing Light | - | 1 |
| 78-8060-5869-5 | WX-SM | Skin Mapper BFGoodrich | 26 | 1 |
| 78-8060-5889-6 | WX-SM-Ant | Skin Mapper Antenna | 80016 | 1 |
| 011-00401-10 | GAD29B | GAD29B with kit and plates | 5DL010192 | 1 |
| 071-01549-0100 | AA2010V | Weather Radar antenna 10" | 7779 | 1 |
| 011-00401-10 | GMA340 | Audio Panel | 96278196 | 1 |
| K10-00280-00 | G5 | G5 for certified a/c | 4JQ036444 | 1 |
| DMC63-1/A | | Antenna | 42518 | 1 |
| DMC63-1/A | | Antenna | 42308 | 1 |
| DMC63-1/A | | Antenna | 40952 | 1 |
| 200-06678-0011 | | Display board | - | 1 |
| 010-N0248-01 | GDL49 | Sat Datalink | 39801067 | 1 |
| 400-150 | | Aircraft tire | | 4 |
| 050-01766-0001 | Install Kit | KN63 Install Kit | - | 5 |
| 11959-3 | | CD Player | B05627 | 5 |
| 34-0750767 | Q4591 | Landing Light | | 9 |
| 774-7264-90 | HGU26/P | Helmet | F41608-84-C0808 | 10 |
| | GPS95XL | GPS Navigator | 39524002 | 5 |
| | Zumo | GPS Navigator | | 5 |
| CI508 | | Coupler | 3121947 | 5 |

| | | | | |
|---|---|---|---|---|
| CI508 | | Coupler | 3121948 | 5 |
| 81194 | | GPS Antenna | 15288 | 5 |
| 010-10303-00 | AV14 | Antenna | - | 11 |
| CI5120 | | Splitter | 5024340 | 5 |
| CI505 | | Coupler | 5063321 | 5 |
| 071-01523-03 | | KLN90 Database cartridge | 45851 | 5 |
| 050-50001-0502 | | IVA81D Install Kit | | 5 |
| DAK55-16A | M81969/17-01 | Insertion/Extraction Tool | | 5 |
| DAK20A | M81969/17-03 | Insertion/Extraction Tool | | 5 |
| 1H19-5 | | Cylinder Head Drain Valve | S1AP | 5 |
| | | GPS165 front panel | | 5 |
| 30-587 | | Die set for crimp tool | | 5 |
| | | GPS 155 Datacard | | 5 |
| FP-5L | | Fuel Computer | 64598 | 12 |
| FFDM-1 | | Fuel Computer Data Module | 64601 | 12 |
| FT90 | | Fuel Flow Sensor | 64600 and 64602 | 12 |
| 649922 | CH48108-1 | Oil Filter | | 13 |
| 2B6-84 | | Fuel Pump | 1DAY54 | 13 |
| 010-10850-20 | | Carrying case for GPS | | 14 |
| MS24266R20B41SN | | Connector with pins | | 15 |
| M39029/90-529 | | Pin | | 15 |
| M85049/38-9N | | Backshell | | 15 |
| M39029/58-360 | | Pin | | 15 |
| M85049/38-17N | | Backshell | | 15 |
| M85049/38S25N | | Backshell | | 15 |
| M85049/38S15N | | Backshell | | 15 |
| M85049/38-21N | | Backshell | | 15 |
| E2473LP | | Driver | | 15 |
| NC3300 | | Michel Transponder Tester | 481 | 15 |
| J7764-31 | | Engine mount | | 17 |
| S1820511-02 | | Bracket | | 17 |
| KI-13BS | | Compass | 721246 | 17 |
| CI101 | | Antenna | ID523 | 17 |
| 11549A | | Power Divider | | 17 |
| 4088T51P01 | | Pad mounting | | 17 |
| CI102 | | Marker Antenna | 4063335 | 17 |
| CI102 | | Marker Antenna | 156481 | 17 |

| | | | | |
|---|---|---|---|---|
| 071-01553-0200 | | KA90 Antenna | 67396 | 17 |
| 013-00235-00 | | GA35 Antenna | 84556 | 17 |
| AT1675-0W-TNCF-00 | 0-RG-40-NM | Antenna | 23453 | 17 |
| CI102 | | Marker Antenna | 157408 | 17 |
| 064-01023-0000 | KTR908 | VHF Comm | 1879 | 18 |
| 047-04912-0001 | | Bracket | | 18 |
| MS27473T10F5S | | Connector | | 18 |
| D29000JVLO | | Connector | | 18 |
| 089-08252-0030 | | Washer | | 18 |
| 089-02353-0001 | | Nutplate | | 18 |
| 030-00101-0002 | | Connector | | 18 |
| 047-05959-0002 | | Clamp | | 18 |
| 030-01094-0057 | | Connector | | 18 |
| 089-05907-0005 | | Screw | | 18 |
| 089-05878-0010 | | Screw | | 18 |
| 090-90819-0007 | | C Clamp | | 18 |
| 089-06012-0008 | | Screw | | 18 |
| 030-01107-0044 | | Pins | | 18 |
| 047-04900-0002 | | Backplate | | 18 |
| RD29F00000 | | Connector, shell | | 18 |
| M39029/63-368 | | Pins | | 18 |
| RDF9F00000 | | Connector Shell | | 18 |
| 030-01188-0000 | | Pin | | 18 |
| MS21069-06 | | Nutplate | | 18 |
| D9000JVLO | | Connector | | 18 |
| 155-02988-0121 | | Cable High Voltage | | 18 |
| 005547 | | Cable Bambi Bucket | | 18 |
| R176018000 | | Connector | | 18 |
| 010-00900-20 | | GTN650 Database | | 18 |
| 071-00161-0103 | | KMD850 Database | | 18 |
| 718-1391-423 | 998-2759-523 | EGPWS Datacard | 10032166 | 18 |
| 40880G-01 | | Headset adapter | | 19 |
| 3D3553-01 | | Water Separator | N080538 | 20 |
| 3D3553-01 | | Water Separator | N080540 | 20 |
| DMH22-1 | | Diplexer | 23565 | 20 |
| DMH22-1 | | Diplexer | 24099 | 20 |
| 02-0250325-00 | | Ice Detector Light | | 20 |
| 951-0386-001 | | Smart Cable EGPWS | 0262 | 20 |
| 611-6013-04 | | Cable | | 20 |
| 951-0386-001 | | Smart Cable EGPWS | 1062 | 20 |
| 611-6013-11 | | Cable | | 20 |
| 011-02326-02 | | GTN650 Install Kit | | 20 |
| PCCBL-DC-10 | | Cable | | 20 |
| 361-00038-01 | | Battery Zumo | | 20 |

| | | | | |
|---|---|---|---|---|
| VR2000-28-1 | | Voltage Regulator | F081470 | 21 |
| VR2000-28-1 | | Voltage Regulator | F022333 | 21 |
| VR2000-28-1 | | Voltage Regulator | F081476 | 21 |
| VR2000-28-1 | | Voltage Regulator | F022328 | 21 |
| 010-10702-00 | | GA25 Antenna | | 21 |
| DMH24-1 | | Diplexer | 4451 | 21 |
| WX-10 | 380D03 | Processor | OP81090550 | 22 |
| | 378 | Antenna | 82061116 | 22 |
| | PC-615-10 | Lycoming IPC for IO540AB1A5 | | 21 |
| | SSP475 | Lycoming Manual | | 21 |
| T12X13-I-24VDC | A420-0660054-00 | Relay | | 23 |
| 622-9352-007 | TDR94 | Transponder | 1990 | 21 |
| DURA6-5F | | 6V-5A-h AGM Battery | | 23 |
| 3D3556-01 | | Ejector Valve | N080709 | 23 |
| 3D3556-01 | | Ejector Valve | N080710 | 23 |
| 3D3556-01 | | Ejector Valve | N080711 | 23 |
| 3D3556-01 | | Ejector Valve | N080707 | 23 |
| 3D3556-01 | | Ejector Valve | N080706 | 23 |
| 3D3556-01 | | Ejector Valve | N080705 | 23 |
| 4D2037-11 | | Timer | U369 | 23 |
| 4D2037-11 | | Timer | U368 | 23 |
| 4D2095-201 | | Regulator | N080573 | 25 |
| 4D2095-201 | | Regulator | N080572 | 25 |
| RD9510GEC | | Connector | | 24 |
| MB16W1419S | | Connector | | 25 |
| MB30R-0803S | | Connector | | 25 |
| | | ST3400H Install Kit | | 25 |
| 050-03088-0000 | | ART2000 Install Kit | | 26 |
| 050-01577-0001 | | KT76 Install Kit | | 26 |
| 050-01611-0001 | | KN62 Install Kit | | 26 |
| 071-00097-0100 | | Config Module | 17771 | 26 |
| 89000008-001001 | | KLR10 System | BK-1055-13 | 26 |
| S1823502-03 | 406AS | Kannad ELT | 2619959-0008 | 27 |
| MT36G-1005S | | Connector | | 28 |
| LUN 1333.12.8 | | Tach Sensor | 8703341 | 28 |
| BA112 | | Filter | | 29 |
| 320559 | | Splice | | 30 |
| MS24266R20B41SN | | Connector | | 30 |
| M85049/52-1-24N | | Backshell | | 30 |
| M85049/51-S20N | | Backshell | | 30 |
| MS3476L24-61SZ | | Connector | | 30 |
| MS3126F14-5S | | Connector | | 30 |

| | | | | |
|---|---|---|---|---|
| MS3116F8-4S | | Connector | | 30 |
| 257-0937113-98-PPC | | Connector | | 30 |
| ZZW-M-1016-24SD | | Connector | | 30 |
| MS27473T10F5S | | Connector | | 30 |
| R143.008.000W | | Connector | | 30 |
| 277149-3 | | Terminal | | 30 |
| R161.088.000 | | Connector | | 30 |
| 012-110-0812 | | Pin | | 30 |
| 249-2077-000 | | Pin | | 30 |
| M85049/52S24N | | Bachshell | | 30 |
| AN919-3D | | Fitting | | 30 |
| DD78S10JVLO | | Connector | | 30 |
| RD50S10JVLO | | Connector | | 30 |
| 107R1001 | | Tool | | 30 |
| 1071005 | | Tool | | 30 |
| 620923 | | Plug | | 30 |
| 53424-1 | | Terminal | | 30 |
| 8599-0965-900 | | Pin | | 30 |
| 8599-0953-900 | | Pins | | 30 |
| 91067-2 | | Extractor Tool | | 30 |
| 91067-1 | | Extractor Tool | | 30 |
| RD29F10JVLO | | Connector | | 30 |
| DAK20B | | Tool | | 30 |
| DRK20B | | Tool | | 30 |
| 652458 | | Exhaust Gasket | | 30 |
| 01-0790093-00 | | Ice Detector Light | | 30 |
| 53405-1 | | Splice | | 30 |
| DCA375-A197 | | Connector | | 30 |
| 985367-4D | | Fitting | | 30 |
| NL3224AC35-06 | | LCD Display | | 31 |
| 011-00134-00 | | GA56 Antenna | 59033006 | 30 |
| 011-00134-00 | | GA56 Antenna | 59038597 | 30 |
| 010-10051-03 | | DGRM24 | | 30 |
| 1H19-5 | | Cylinder Head Drain Valve | S1AP | 30 |
| 453-5003-232 | | ELT | | 30 |
| 62C2222-02-040C | | Optical Encoder | | 31 |
| 066-01171-0903 | IVA81D | Indicator | 15 | 32 |
| 066-04031-1122 | KLN90B | GPS Navigator | 29445 | 33 |
| 066-04031-1122 | KLN90B | GPS Navigator | 28896 | 33 |
| 066-04031-1122 | KLN90B | GPS Navigator | 29097 | 33 |
| 066-1071-00 | KXP756 | Transponder | P1092 | 34 |
| 047-04874-0001 | | KX155 Rack | | 34 |
| 071-1276-08 | KFS576A | Control Head | 2359 | 34 |

| | | | | |
|---|---|---|---|---|
| 010-01788-01 | GMU11 | Magnetic sensor | 56J013893 | 34 |
| AD27500-10SD1T23 | | M27500-10SD1T23 Cable | | 35 |
| 55PC1231-22-9/93/96 | -09 | Cable | | 36 |
| BMS13-48T01G018 | | Wire | | 37 |
| BMS13-48T10C01G0 | 16 | Wire | | 38 |
| AA52083-C-3 | | Lacing tape – natural color | | 39 |
| BMS13-48T01C01G0 | 20 | Wire | | 40 |
| BMS13-48T01C01G0 | 16 | Wire | | 41 |
| MB30R0803S | | Connector | | 42 |
| DR25-1/2-0-SP | | Heatshrink | | 42 |
| 050-03088-0000 | | Install Kit RDR2000 | | 42 |
| S1820514-01 | | Kannad Programming Dongle | | 34 |
| S1820511-02 | | Mounting Bracket | | 34 |
| S1820511-01 | | Mounting Bracket | | 34 |
| S1820513-18 | RC200 | Control Head | 2619105-0159 | 34 |
| 68N | | Tape | | 34 |
| TS90-IKS | | Install Kit | | 34 |
| PAPWR-IKS | | Install Kit | | 34 |
| AN924-3 | | Nut | | 34 |
| 200-06682-0001 | | Board | | 34 |
| 65-80-200 | | Relay | | 34 |
| PAREC-IKS | | Install Kit | | 34 |
| DR25-3/4-0-SP | | Heatshrink | | 34 |
| N70-M5X40 | | O-ring | | 42 |
| PAPWR-IKS | | Install Kit | | 42 |
| TS90-IKS | | Install Kit | | 42 |
| 89000008-001001 | KLR10 | Lift reserve system | BK-1084-13 | 43 |
| 3300-10 | | Directional Gyro | C08-10904 | 44 |
| 622-9210-501 | TDR94D | Transponder | CVRV | 45 |
| | Aera796 | GPS Navigator | 2CY004030 | 46 |
| | GDL39 | Data Link Receiver | 2K60005522 | 46 |
| MS3479W14-19S | | Connector | | 46 |
| | GPSMAP196 | GPS Navigator | 65418558 | 46 |
| 011-00831-00 | GEA71 | Engine Data Analyzer | 46706294 | 47 |
| 050-03078-0001 | | Install Kit | | 48 |
| 23-1027 | | Bushnell Binocular | | 49 |
| 23-1027 | | Bushnell Binocular | | 50 |
| 32208M-90KM1 | | Bearing | | 48 |

| | | | | |
|---|---|---|---|---|
| 80827 | | Alcor Switch | | 48 |
| | | Yak-18T Oil Hose set | | 51 |
| | | Yak-18T Tire Tube | | 51 |
| 6043T28P05 | | Filter | GJAF1219M | 48 |
| 784783-3 | | Filter | | 48 |
| 6071T48P01 | | Cable | | 48 |
| 32-436 | | Sigmatek Pressure Relief Valve | T53662 | 52 |
| 32-436 | | Sigmatek Pressure Relief Valve | T53660 | 52 |
| 950HQ1-903-104 | | TPU67A Install Kit | | 53 |
| 066-01143-1602 | MST67A | Transponder | 2579 | 53 |
| 011-00280-00 | GNS430 | GPS Navigator | 96303590 | 54 |
| | | Yak-52 Oil hose set | | 55 |
| 02-0250325-00 | | Ice Detector Light | | 48 |
| S1823502-03 | 406AS | Kannad ELT | | 56 |
| MS3126F22-55S | | Connector | | 57 |
| | | M3 Connector Kit | | 57 |
| M85049/52-1-1-12W | | Backshell | | 57 |
| 050-03612-0000 | | Install Kit | | 57 |
| NL3224AC35-06 | | LCD Display | | 58 |
| 62C2222-02-040C | | Optical Encoder | | 59 |
| HE28-6-A+ | | Condor Power Supply Module | | 60 |
| 6314 | | Magneto | | 57 |
| 5035-P2-P42-P140 | | United Encoding Altimeter | 37517 | 61 |
| M25038/3-20-9 | | Cable | | 62 |
| D5102QX | | Cable | | 63 |
| IFR80 | | Directional Gyro | | 64 |
| MS27484T12B35S | | Connector | | 65 |
| MS3180-24CA | | Connector | | 65 |
| MS3476W16-26S | | Connector | | 65 |
| RD50M10J0Z | | Connector | | 65 |
| MS247473T10F5C | | Connector | | 65 |
| M85049/52-1-16W | | Backshell | | 65 |
| RD15M10J00 | | Connector | | 65 |
| 073-01030-0502 | | | | 65 |
| M85049/52-1-10N | | Connector | | 65 |
| MS3476W10-6S | | Connector | | 65 |
| M85049/52-1-10W | | Connector | | 65 |
| 050-03669-0000 | | Install Kit | | 65 |
| MS3116E8-4S | | Connector | | 65 |
| BACC10JS20A | | Backshell | | 65 |

| | | | | |
|---|---|---|---|---|
| MS3106A14S-5S | | Connector | | 65 |
| MS24166-D1 | | Relay | | 65 |
| AN816-2D | | Fitting | | 65 |
| AN816-4D | | Fitting | | 65 |
| 2TL1-7 | | Switch | | 65 |
| MS28778-3 | | Packing | | 65 |
| J228P226 | | Packing | | 65 |
| J221P905 | | Packing | | 65 |
| J228P013 | | Packing | | 65 |
| J228P908 | | Packing | | 65 |
| J221P016 | | Packing | | 65 |
| J221P019 | | Packing | | 65 |
| J221P012 | | Packing | | 65 |
| J221P139 | | Packing | | 65 |
| J228P238 | | Packing | | 65 |
| J221P022 | | Packing | | 65 |
| J221P026 | | Packing | | 65 |
| J228P113 | | Packing | | 65 |
| J221P908 | | Packing | | 65 |
| MS3248-1-252 | | Connector | | 65 |
| 22022 | | Nut | | 65 |
| J221P013 | | Packing | | 65 |
| J228P904 | | Packing | | 65 |
| J228P014 | | Packing | | 65 |
| J221P904 | | Packing | | 65 |
| MS27484T10B35SA | | Connector | | 65 |
| M85049/49-2-10W | | Backshell | | 65 |
| JT06RE14-35SA-SR | | Connector | | 65 |
| MS3476L24-61SZ | | Connector | | 65 |
| ML0327 | | Lamp | | 65 |
| 6543210 | | Annunciator | | 65 |
| KPT06-F8-3S | | Connector | | 65 |
| 9963B | | Clamp | | 65 |
| 071-01523-03 | | KLN90 Database cartridge | | 65 |
| MS27484T18F32S | | Connector | | 65 |
| M85049/52-1-18N | | Backshell | | 65 |
| MS27484E10B35SA | | Connector | | 65 |
| 4053T04P01 | | | | 65 |
| MB30R-1002S | | Connector | | 65 |
| MT30K1412S | | Connector | | 65 |
| TMF-VRA-US-1SJ22 | | Cable | | 52 |
| P-20 | | Inverter | 1575 | 67 |
| 52D54E | | Dir Gyro | 200-6E | 67 |

| | | | | |
|---|---|---|---|---|
| 064-5002-0101 | RTA83B | Comm Radio | 445 | 67 |
| 066-04036-0201 | KMD250 | MFD | 1064 | 68 |
| | | Commander stand for KMD250 | 001-5753 | 68 |
| 268P-4 | | Tool | | 68 |
| 268P-1/4 | | Tool | | 68 |
| M22759/16-22-9 | | Wire | | 68 |
| C2400L4VT-24 | | Compass | KT00022 | 68 |
| 050-02600-0000 | | Install Kit | | 68 |
| 071-00097-0100 | | Config Module | 11711 | 68 |
| 071-00097-0100 | | Config Module | 3027 | 68 |
| MS24264R20B41PN | | Connector | | 68 |
| 030-01428-0006 | | Connector | | 68 |
| DR25-1/4-0SP | | Heatshrink | | 69 |
| RG58C/U | | Cable | | 69 |
| M27500-22TG3T14 | | Cable | | 69 |
| M27500-22TG2T14 | | Cable | | 69 |
| RG142 | | Cable | | 69 |
| M27500-22TG1T11 | | Cable | | 69 |
| M27500-22TG2T11 | | Cable | | 69 |
| M27500-22TG3T14 | | Cable | | 69 |
| M27500-22TG1T14 | | Cable | | 69 |
| DR25-3/4-0-SP | | Heatshrink | | 69 |
| HIX-1/4" | | Cable | | 69 |
| HIX-3/16" | | Cable | | 69 |
| 201-0450-1 | | Compressor | 34413 | 70 |
| 201-0450-1 | | Compressor | 34412 | 71 |
| | | Yak-18T Propeller Blade | | 72 |
| 2202 | Fishin Buddy | Fishfinder | | 73 |
| | | Yak-52 Parachute | | 74 |
| | | Yak-52 Parachute | | 75 |
| | | Yak-18T/52 Propeller Hub | | 76 |
| MB30R-1002S | | Connector | | 68 |
| 032437-2 | | Spectrolab Connector | | 68 |
| 200-06682-0001 | | Display board | | 68 |
| MB30R-0803S | | Connector | | 68 |
| 55PC0211-16-9 | | Cable | | 68 |
| M877-28 | | Clock | 17991 | 68 |
| M877-28 | | Clock | 17988 | 68 |
| 55PC1221-24-9/96-9 | | Wire | | 68 |
| 55PC1221-24-9/96-9 | | Wire | | 68 |
| 032433-60-60 | | Spectrolab Cable | | 77 |
| 032432-65 | | Spectrolab Cable | | 77 |

| | | | | |
|---|---|---|---|---|
| 030611-15-72 | | Spectrolab Cable | | 77 |
| 032437-2 | | Spectrolab Cable | | 77 |
| 55PC1221-24-9/96-9 | | Wire | | 77 |
| 55PC0211-12-9 | | Wire | | 77 |
| 030039 | | Control Box | | 77 |
| MS90064-13 | | | | 77 |
| 032088-11 | | Spectrolab Cable | | 77 |
| 032013-190-35 | | Spectrolab Cable | | 77 |
| 032433-71-67 | | Spectrolab Cable | | 77 |
| ES1632 | | Bushnell Binocular | | 78 |
| 682/2 | | Alpha Coiled Cable | | 78 |
| RK6MB | | Bracket | | 78 |
| | | Aera Cable | | 78 |
| D200-83 | | Splice | | 78 |
| 649368-51A3 | | Fuel Pump | B08DA-216 | 79 |
| CI507 | | Diplexer | 573897 | 78 |
| AK350 | | Encoder | 81679 | 78 |
| AK350 | | Encoder | 35081689 | 78 |
| AK350 | | Encoder | 81699 | 78 |
| 718-1389-423 | | Software Card | 10032159 | 78 |
| 500-87890-101 | | Cable Set | | 80 |
| 500-86168-1983A/198 | 3A | Cable Set | | 81 |
| TV06RW-15-97S | | Connector | | 82 |
| M27500-10SD1T23 | | Wire | | 83 |
| M27500-10SD1T23 | | Wire | | 84 |
| | | Yak-18T Propeller Blade | | 85 |
| | | Yak-52 Parachute | | 4 |
| ELT110-773 | | | 752 | 86 |