# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 23-20010-01-DDC**

**CYRIL GREGORY BUYANOVSKY (01),**

**Defendant.**

**Attorneys for Government: Scott Rask & Ryan Huschka**
**Attorneys for Defendant: Aitan D. Goelman & Jeffrey D. Morris**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Daniel D. Crabtree** | **DATE:** | **9/15/2026** |
| **CLERK:** | **Sarah Spegal** | **TAPE/REPORTER:** | **Kim Greiner** |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | **Cassidi Lundell** |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663 $ ______________ on count(s)
$ ______________ on count(s)

☐ **Total Restitution:** $ ________________

☒ Defendant Fined $ 1,000.00 on count(s)
$ ______________ on count(s)

☒ **Total Fine:** $ **1,000.00**

☒ Defendant Assessed under 18:3013 $ 100.00 on counts 1 and 23 of Superseding of Indictment
$ ______________ on count(s)
$ ______________ on count(s)

☒ **Total Assessment:** **$ 200.00**

☒ Indictment, Counts 2-7, 8-13, 14-22, 24-26 of Superseding Indictment dismissed by the court on the motion of the United States without objection.

☒ Government ☒ Defendant - Advised of right to appeal

☒ Defendant to voluntarily surrender.

☐ Defendant remanded to custody.

☐ Stay of Execution ☐ Granted ☐ Denied

☒ Notes: Defendant appears in person (on release) with counsel. Defendant withdraws all objections to the Presentence Investigation Report except Nos. 8 and 9. The court sustains Nos. 8 and 9 as set forth in full on the record. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 18 months on Count 1 and 18 months on Count 23 to run

concurrently. No supervised release to follow. The court recommends designation to Yankton, South Daokota, on the defendant's request.